# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR GRAVES,<br><br>    Plaintiff,<br><br>v.<br><br>DEPT. OF MENTAL HEALTH,<br><br>    Defendant. | Case No. 1:18-cv-01444-DAD-BAM (PC)<br><br>ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 7)<br><br>ORDER REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Arthur Graves ("Plaintiff") is a county jail inmate proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on October 18, 2018.

On October 22, 2018, the Court denied Plaintiff's motion for leave to proceed in forma pauperis because Plaintiff failed to attach a certified copy of his trust account statement for the past six months. In addition, Plaintiff listed several different assets and sources of income, but did not specify whether he had access to those resources during his incarceration. (ECF No. 4.) Plaintiff was ordered to submit a new, completed application, including a certified copy of his trust account statement, within forty-five days. (Id.)

Currently before the Court is Plaintiff's renewed motion to proceed in forma pauperis, filed November 7, 2018. (ECF No. 7.) While Plaintiff has clarified some of his answers regarding his assets, Plaintiff has again failed to attach a certified copy of his trust account

1

statement for the past six months, as the instructions require. Plaintiff must submit a completed form, including a certified copy of his trust account statement, if he wishes for the application to be considered.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's renewed motion to proceed in forma pauperis (ECF No. 7) is DENIED, without prejudice;

2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 initial filing fee for this action;

3. No extension of time will be granted without a showing of good cause; and

4. **The failure to comply with this order will result in dismissal of this action without prejudice.**

IT IS SO ORDERED.

Dated: __**November 9, 2018**__   /s/ *Barbara A. McAuliffe*  
UNITED STATES MAGISTRATE JUDGE