| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR GRAVES, | Case No. 1:18-cv-01444-DAD-BAM (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* (ECF No. 9) |
| v. | |
| DEP'T OF MENTAL HEALTH, et al., | ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY FRESNO COUNTY JAIL |
| Defendants. | |

Plaintiff Arthur Graves ("Plaintiff") is a county jail inmate appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff's two prior applications to proceed *in forma pauperis* were denied due to Plaintiff's failure to clarify his financial assets and to attach a certified copy of his prison trust account statement. (ECF Nos. 4, 8.)

On November 9, 2018, Plaintiff filed a new motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 9.) Plaintiff notes that the Fresno County Sheriff's Department refused to complete the certification portion of the form three times, but has attached a trust account statement. Plaintiff has also attached a grievance form related to an incident on October 13, 2018. Plaintiff has not explained the relevance of this grievance to his motion, or to this action, and therefore the Court will disregard this portion of the filing. If Plaintiff wishes to request some action from the Court related to this grievance, he must do so by separate motion

1

clearly stating the issue and the relief requested.

Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed *in forma pauperis* will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account. The Fresno County Jail is required to send to the Clerk of the Court payments from Plaintiff's trust account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 9) is GRANTED;

**2. The Sheriff of Fresno County Jail or her designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action;**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Sheriff of the Fresno County Jail, via the Court's electronic case filing system (CM/ECF); and

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

IT IS SO ORDERED.

Dated: **November 15, 2018**          /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE